John M. Sorich – Bar #125223
ALVARADO & ASSOCIATES, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707
(714) 327-4400/ Fax No. (714) 327-4499
157-45653-2

Attorneys for CHASE HOME FINANCE, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

In re

PAMELA RUTH DEWITT,

    Debtors.

Case No. 10-40338

(Chapter 13)

**REQUEST FOR SPECIAL NOTICE**

Date:
Time: (No hearing required)
Place:

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Request is hereby made by **CHASE HOME FINANCE, LLC,** that its attorney, John M. Sorich of ALVARADO & ASSOCIATES, LLP located at 1 Mac Arthur Place, Suite 210, Santa Ana CA 92707, receive notice of all pleadings, papers, notices, applications, amendments, orders and all other matters in the above-referenced proceedings.

Dated: January 19, 2010

                        ALVARADO & ASSOCIATES, LLP


                        By /S/ John M. Sorich
                          John M. Sorich
                          Attorney for CHASE HOME FINANCE, LLC