```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

Signed: May 18, 2010

_____
**LESLIE TCHAIKOVSKY**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-40338 LJT |
| **PAMELA RUTH DEWITT,** | Chapter 13 |
| Debtor. | |
| _____/ | **ORDER VALUING LIEN OF ONEWEST** |

On April 20, 2010, Pamela DeWitt (hereinafter Debtor) served a motion to value the lien of OneWest Bank as successor to IndyMac Bank (hereinafter Lienholder) against the property commonly known as 6603 Kensington Ave., Richmond, CA 94805, which lien was recorded in Contra Costa County on or about August 24, 2007 as document 2007-0242684-00 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows.

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

```
Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Pamela DeWitt
6603 Kensington Ave.
Richmond, CA 94805

Chase Home Finance, LLC
c/o John M. Sorich
Alvarado & Associates, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707

OneWest Bank, FSB
c/o Law Offices of Farley & Kump, LLP
P.O. Box 2480
Ventura, CA 93002-2480
```