IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:                                          Bankruptcy Case No. 10-40338

                                                Chapter 13
  PAMELA RUTH DEWITT,


Debtor(s).                                      REQUEST FOR SPECIAL NOTICE


TO THE CLERK AND ALL PARTIES:

        Pursuant to Federal Rule of Bankruptcy Procedure 2002(g)(1), the undersigned, B-Line,

LLC, hereby notifies the Court, Debtor(s), Trustee, and interested parties in the above entitled

bankruptcy case that all notices given or required to be given and all papers served or required to

be served in this case be also given to and served, whether electronically or otherwise, on:

B-Line, LLC
Attn:  Steven Kane
P.O. Box 91121
Dept.  550
Seattle, WA 98111-9221
Phone: 866-670-2361
Fax: 206-239-1958
Email: bline.chapter13@blinellc.com


Linh K. Tran is no longer associated with B-Line in this bankruptcy case.

Dated this 8th  day of  June          2011.

                                        /s/ Steven G. Kane
                                        Steven G. Kane
                                        Agent for B-Line, LLC
                                        P.O. Box 91121
                                        Dept. 550
                                        Seattle, WA 98111-9221
                                        Phone: 866-670-2361
                                        Fax: 206-239-1958
                                        Email: bline.chapter13@blinellc.com